UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MARIA ALLEN,**

        **Plaintiff,**

v.                                                                                                        Case No:  6:15-cv-1992-Orl-41GJK

**FLIPPER'S PIZZERIA #11, LLC,**

        **Defendant.**
_____/

## ORDER

THIS CAUSE is before the Court on the Joint Motion for Settlement Approval (Doc. 25). United States Magistrate Judge Gregory J. Kelly issued a Report and Recommendation (Doc. 27), which recommends that the Motion be granted. Neither party filed objections, and the time to do so has passed.

After an independent *de novo* review of the record, this Court agrees with the analysis in the Report and Recommendation except for the recommendation to approve the general release included in the settlement agreement. Here, there is consideration for the general release that is separate from that being given in exchange for the settlement of Plaintiff's FLSA claims. (Settlement Agreement, Doc. 25-1, at 2).Pursuant to *Lynn's Food Stores, Inc. v. United States*, this Court must determine whether a proposed settlement "is a fair and reasonable resolution of a bona fide dispute *over FLSA provisions*." 679 F.2d 1350, 1355 (11th Cir. 1982) (emphasis added). Moreover, "the release of non-FLSA claims is generally not subject to judicial scrutiny." *Shearer v. Estep Const., Inc.*, No. 6:14-cv-1658-Orl-41GJK, 2015 WL 2402450, at *4 (M.D. Fla. May 20, 2015). Accordingly, this Court does not express an opinion as to the validity of the separate general release agreement.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 27) is **ADOPTED** and **CONFIRMED** as set forth herein.

2. The Joint Motion for Approval of the Settlement (Doc. 25) is **GRANTED** and this case is **DISMISSED with prejudice**.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on October 5, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record